IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| MARIA ARENAS, | * | |
| Plaintiff, | * | |
| v. | * | CV 616-175 |
| GEORGIA DEPARTMENT OF CORRECTIONS, | * | |
| Defendant. | * | |

## O R D E R

Currently before the Court is the parties' joint motion to consolidate. (Doc. 4.) Specifically, the parties ask the Court to consolidate this case with <u>Arenas v. Georgia Department of Corrections</u>, CV 416-320. Upon consideration, the Court **GRANTS** the parties' motion. The Clerk is instructed to **CONSOLIDATE** this case with case number CV 416-320. The consolidated case will proceed in the Savannah Division as case number CV 416-320.

**ORDER ENTERED** at Augusta, Georgia this 8th day of February, 2017.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA